UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | CASE NO. 06 B 11654 |
|---|---|
| MARIO RAMIREZ | CHAPTER 13 |
| | JUDGE: BRUCE W BLACK |

Debtor
SSN XXX-XX-8734

------------------------------------------------------------------------
TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/18/06 and confirmed on 12/07/06.

2. The case was dismissed after confirmation, 07/25/2008.

3. The Debtor paid a total of $  5000.00 .

4. The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 465.18 | .00 | 465.18 |
| WELLS FARGO HOME MTGE | SECURED | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 1355.04 | .00 | 1355.04 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | .00 |
| BANCO POPULAR | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 598.77 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1023.03 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1986.79 | .00 | .00 |
| JPO ENT | UNSECURED | NOT FILED | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | 4547.44 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2347.42 | .00 | .00 |
| UNITED CONSUMER FINANCIA | UNSECURED | 1280.37 | .00 | .00 |

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| DONIA DAVILA | CHILD SUPPORT | NOT FILED | .00 | .00 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 1494.58 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2416.51 | .00 | 180.78 |

Summary of disbursements:

------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        1820.22        2416.51      13278.40           .00    17515.13
PRINCIPAL PAID            1820.22         180.78           .00           .00     2001.00
INTEREST PAID                 .00            .00           .00           .00         .00
TOTAL PAID                1820.22         180.78           .00           .00     2001.00
```
The Debtor's attorney, RONALD D CUMMINGS                , was allowed $   3000.00
and was paid $     226.00  direct and $   2774.00  through the plan.

The Trustee received $     225.00 .

Refunds to the Debtor totaled $        .00 .


     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 10/08/08                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```
                              PAGE  2
         CASE NO. 06 B 11654 MARIO RAMIREZ
```